■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO ROSARIO, Appellant. [698 NYS2d 497] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered July 10, 1998, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Sullivan, Goldstein and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SOTO, Appellant. [697 NYS2d 653] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barasch, J.), rendered May 26, 1994, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant fired a shotgun twice on a city street during an argument with his girlfriend, causing the death of a bystander. Contrary to the defendant's contention, there is no reasonable view of the evidence that warranted a charge of criminally negligent homicide as a lesser-included offense of manslaughter in the second degree (*see, People v Randolph,* 81 NY2d 868; *People v Cameron,* 244 AD2d 350).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., O'Brien, Santucci and Altman, JJ., concur.